# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

In re:

BLACKFORD ATM VENTURES FUND MV LLC C/O THE CORPORATION TRUST COMPANY

Proceedings to Enforce

Fed.R.Bankr.P. 9036

**Misc. Proceeding No.:**
25−00171−BLS

### ORDER

On June 17, 2025, the Court entered an Order [Docket No. 1] that directed **BLACKFORD ATM VENTURES FUND MV LLC C/O THE CORPORATION TRUST COMPANY** ("Respondent") to appear at a hearing set for July 30, 2025 (the July 30th Hearing"). The purpose of July 30th Hearing was to afford Respondent an opportunity to appear and be heard as to why it should not be registered to receive electronic notices instead of paper notices. The Order further specified that, in the absence of any response or appearance by Respondent at the July 30th Hearing, the Court would discontinue providing paper notices and would register it for electronic noticing.

The record reflects that no formal or informal response was received from Respondent. The record further reflects that Respondent did not appear at the July 30th Hearing.

Based on the record in this matter, it is hereby ORDERED (i) that the Court shall cease to provide paper noticing to Respondent, and (ii) that the Clerk of the Court shall take all necessary steps to ensure that Respondent is registered to receive electronic noticing.

Beginning on August 18, 2025, Respondent will no longer be sent paper notices from the United States Bankruptcy Courts, as directed by Fed. R. Bankr. 9036. If Respondent does not register for electronic bankruptcy noticing, its court−generated notices will be sent to a default electronic account, and instructions to access this account will be mailed to Respondent in a separate notice by the Bankruptcy Noticing Center.

Brendan Linehan Shannon
Bankruptcy Judge

Date: 2/3/26